**ORIGINAL**
**CV19-5545**

AO 241
(Rev. 01/15)

**FILED**
U.S DISTRICT COURT E.D.N.Y
★ SEP 30 2019 ★
BROOKLYN OFFICE

DeARCY HALL, J. PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: ~~NORTHERN~~ Eastern |
|---|---|
| Name (under which you were convicted): JOSEPH HAYON | Docket or Case No.: ~~180710~~ |
| Place of Confinement: GREENE CORRECTIONAL FACILITY | Prisoner No.: 18R0375 |
| Petitioner (include the name under which you were convicted) JOSEPH HAYON | Respondent (authorized person having custody of petitioner) BRANDON SMITH |
| v. | |
| The Attorney General of the State of: NEW YORK | |

# PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   GREENE COUNTY SUPREME COURT DENIAL OF SPEEDY BAIL PENDING STATE HABEAS

   CORPUS HEARING PURSUANT TO CPLR 7009 (e) for conviction related to

   Kings County Criminal Court, 320 Jay St, Brooklyn, NY

   (b) Criminal docket or case number (if you know):  2039/2016

2. (a) Date of the judgment of conviction (if you know):  12/11/2017

   (b) Date of sentencing:  01/31/2018

3. Length of sentence:  One and a Third to Four Years  Total

4. In this case, were you convicted on more than one count or of more than one crime?  ☑ Yes  ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:

   94 counts of Possession of a Sexual Performance by a Child Penal Law 263.16.

6. (a) What was your plea? (Check one)
   - ☑ (1) Not guilty
   - ☐ (2) Guilty
   - ☐ (3) Nolo contendere (no contest)
   - ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?  n/a/

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury   ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑ Yes   ☐ No

8. Did you appeal from the judgment of conviction?

☑ Yes   ☐ No

9. If you did appeal, answer the following:

(a) Name of court:   Appellate Division Second Judicial department

(b) Docket or case number (if you know):   2018-06693

(c) Result:   pending

(d) Date of result (if you know):

(e) Citation to the case (if you know):

(f) Grounds raised:   Appellate Advocates is representing me — pending

(g) Did you seek further review by a higher state court?   ☐ Yes   ☑ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

(4) Date of result (if you know):

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☑ Yes   ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a)  (1) Name of court: Kings County Supreme Court

(2) Docket or case number (if you know): Ind# 2039/2016

(3) Date of filing (if you know): 06/12/2019

(4) Nature of the proceeding: Bail Pending Appeal CPL 460.50

(5) Grounds raised: Ineffective Assistance of Counsel; Illegal search warrant; Grand Jury Violations; Speedy trial Violations; Weight against the Evidence; Improper and Prejudicial Conduct by the Jury; Unconstitutional Jury Wheeel; and all factors pursuant to CPL 530.

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: Pending

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: KINGS COUNTY SUPREME COURT

(2) Docket or case number (if you know): 2039/2017

(3) Date of filing (if you know): 07/09/2019

(4) Nature of the proceeding: CPL 440.10

(5) Grounds raised: Constitutional Speedy Trial.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes  ☑ No

(7) Result: Pending

(8) Date of result (if you know): 

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: Green County Supreme Court

(2) Docket or case number (if you know): 19-0710

(3) Date of filing (if you know): 08/23/2019

(4) Nature of the proceeding: CPLR 7009 (e)

(5) Grounds raised: Denied Due Process of Law regarding bail pending appeal application in the Kings County Supreme Court; Unlawful detention due to deprivation of Fundamental, Constitutional and Statutory Rights involving Petitioner's Criminal Prosecution of : Ineffective Assistance of Trial Counsel; Unlawful Search Warrant; Unlawful Proffer of a prior suppressed confession; Impartial Grand Jury; Speedy Trial; Illusuary statement of readiness by the State; Verdict was against the weight of the evidence; Impartial trial jury; Improper jury instruction; unconstitutional jury wheel and a jury of his peirs; Deaprture of appeal by reason of practicality and necessity; Constitutional speedy trial violations.

AO 241 (Rev. 01/15)

Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☑ No

(7) Result: _Pending_

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your *petition, application, or motion?*

(1) First petition: ☐ Yes ☑ No

(2) Second petition: ☐ Yes ☑ No

(3) Third petition: ☐ Yes ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

First and Second Petitions were thrown in the [trash], First and Third Petitions are not appealable in the State Courts of New York. The issue of the Third petition is bail pending state Habeas Corpus.

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** DENIAL OF DUE PROCESS TO BAIL PENDING APPEAL AND A SPEEDY BAIL HEARING.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

On June 12th, 2019, Petitioner mailed hsi bail pending appeal application CPL 460.50, via certified mail return receipt, with a return date of july 1st, 2019, and it is still not scheduled to be heard until October 30th, 2019. On July 1st, 2019 Attorney Gary Donoyan, did not see the application calendered to be heard and uncovered that the application was never filed by the court clerk. Petitioner sent a duplicate application and it is was received however not scheduled to be heard until October 30th, 2019.

(b) If you did not exhaust your state remedies on Ground One, explain why: The application is still pending before the Kings County Supreme Court, and Petitioner has filed a State Habeas Corpus in Greene County Supreme Court which is still pending and Petitioner sent an application pursuant to CPLR 7002 (a) to the Kings County Supreme Court which is also pending.

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    CPLR Article 70

Name and location of the court where the motion or petition was filed:

Greene County and Kings County Supreme Court.

Docket or case number (if you know):    IND No. 2039/16, Index No. 19-0710

Date of the court's decision:    Pending

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

I can't appeal a pending decision

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

---

| **GROUND TWO:** | CONSTITUTIONAL SPEEDY TRIAL AND INEFFECTIVE ASSISTANCE OF COUNSEL. |

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner was arrested on May 21, 2015, and did not begin trial until December 4th, 2017. Primarily, because the People did not indict Petitioner until October 13th, 2015, and because the State issued a decision on a single motion on October 2nd, 2017 which was 21 months after trial counsel originally filed the motion which was on January 7th, 2016. Trial counsel filed a deficient speedy trial motion September 18th, 2017 and failed to properly argue presumptive and actual prejudice of the delay, nature of the underlying charge, reason for delay, and that Petitioner asserted his right for a speedy trial. Counsel also failed to include the CPL 30.20 on the Notice of Motion although briefly mentioned in the brief.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

The Court Clerk threw the papers in the trash. Petitioner then filed a State Habeas Corpus in Greene County Supreme Court.

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☐ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  State Habeas Corpus Artcile 70

Name and location of the court where the motion or petition was filed:  Greene County Supreme Court.

320 Main StreetCatskill, New York 12414

Docket or case number (if you know):  Index No. 19-0710

Date of the court's decision:  Pending

AO 241 (Rev. 01/15)                                                                                      Page 9

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?                        ☐ Yes   ☑ No
(4) Did you appeal from the denial of your motion or petition?                   ☐ Yes   ☑ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes   ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
I can't appeal a pending decision

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

**GROUND THREE:**      CONSTITUTIONAL RIGHT TO SPEEDY APPEAL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
On February 1, 2018, Petitioner filed a counseled Notice of Appeal. Approximately 20 months has past and said appeal has still not been heard. Petitioner has been constantly assertive to get a speedy appeal. The appeal has been delayed because the court clerk threw the notice of appeal in the trash and Petitioner did not receive a docket number until June 11, 2018 and was assigned appellate counsel on July 11, 2018. It took about a year to receive the trial transcripts. Said appeal is not expected to be heard for at least another year and a half, currently because of the wait for pre-trial transcripts.

(b) If you did not exhaust your state remedies on Ground Three, explain why: Unavailable at this time pending prior litigation. I can't appeal a case not filed by the court clerk

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) *Post-Conviction Proceedings:*

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: CPLR Article 70

Name and location of the court where the motion or petition was filed: Greene County Supreme Court 320 Main Street Catskill, NY 12414.

Docket or case number (if you know): Index No. 19-0710

Date of the court's decision: Pending

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No
(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☑ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

I can't appeal a pending decision

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:** DUE PROCESS AND EIGHTH AMENDMENT SPEEDY BAIL Pending Habeas Corpus

(a) *Supporting facts* (Do not argue or cite law. Just state the specific facts that support your claim.):

On or about August 15, 2019, Greene County Supreme Court received Petitioner's habeas corpus petition which included a request for bail pending final determination of habeas corpus pursuant to CPLR 7009 (e). On August 28, 2019, the Court issued an Order to Show Cause returnable on September 18, 2019, and refused to consider petitioner's request for bail pending habeas corpus.

(b) If you did not exhaust your state remedies on Ground Four, explain why: The application is non appealable and is only reviewable through habeas corpus relief. there is no point in filing a state habeas corpus in response to another state habeas corpus.

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

AO 241 (Rev. 01/15)

Page 12

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

| | | |
|---|---|---|
| (3) Did you receive a hearing on your motion or petition? | ☐ Yes | ☐ No |
| (4) Did you appeal from the denial of your motion or petition? | ☐ Yes | ☐ No |
| (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? | ☐ Yes | ☐ No |

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: none

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☐ Yes   ☑ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: none of the grounds were presented because judicial remedies are unavailable.

   (b) Is there any ground in this petition that has not been presented in some state or federal court? *If so, which* ground or grounds have not been presented, and state your reasons for not presenting them:
   no

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes   ☑ No
   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☑ Yes   ☐ No
   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. Second Department Appellate Division Docket # 2018-06693.
   Issues are still pending counsel's review.

AO 241 (Rev. 01/15)                                                                                                       Page 14

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:  Attorney Rosenthall

(b) At arraignment and plea:  Attorney Rosenthall

Motion to controvert warrant: pro Steven Flamhaft

(c) At trial:  Douglas Appel

(d) At sentencing:  Douglas Appel

(e) On appeal:  Jonathan Schepp-Wong

(f) In any post-conviction proceeding:  Pro Se with some attorney assitance

(g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    ☐ Yes   ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    ☐ Yes   ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

not applicable

I wish to reserve the ability to raise additional grounds for relief since my appeal u state appeal was not yet heard. Furthermore, there are many more federal issues in the filed in the state courts mentioned therein (Kings County and Greene County) that I wish preserved.

I am also requesting an attorney to represent me for this federal action.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively *applicable to* cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 01/15)

Page 16

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Immediate dismissal of indictment, bail pending criminal and/or *Speedy* state habeas corpus proceedings and bail pending federal habeas corpus proceedings.

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on __9/19/19__ (month, date, year).

Executed (signed) on __9/19/19__ (date).

_____
Signature of Petitioner

*If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.*

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JOSEPH HAYON

**DEFENDANTS**
BRANDON SMITH
SUPERINTENDENT GREENE CORRECTIONAL FACILITY

**(b)** County of Residence of First Listed Plaintiff    GREENE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    GREENE
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
PRO-SE GREENE CORRECTIONAL FACILITY
BOX 975
COXSACKIE, NY 12051

Attorneys *(If Known)*
NEW YORK STATE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☒ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 2254
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE
09/17/2019

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____